# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| SAN JOAQUIN GENERAL HOSPITAL, | No. 2:16-cv-1904-KJM-EFB |
|---|---|
| Plaintiff, | |
| v. | FIRST AMENDMENT TO THE SCHEDULING ORDER |
| UNITED HEALTHCARE INSURANCE, CO., | |
| Defendant. | |

The parties jointly request (ECF No. 28) to amend certain discovery cutoff dates in the pretrial scheduling order (ECF No. 22). Good cause appearing, the court GRANTS this request. The schedule is now set as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | September 4, 2017 | November 4, 2017 |
| Expert Disclosures | October 2, 2017 | December 1, 2017 |
| Supplemental Expert Disclosures | October 23, 2017 | January 4, 2018 |
| Completion of Expert Discovery | November 17, 2017 | February 15, 2018 |
| All Dispositive Motions Heard By | December 8, 2017 | December 8, 2017 |
| File Joint Pretrial Conference Statement | March 30, 2018 | March 30, 2018 |
| Final Pretrial Conference | April 20, 2018 | April 20, 2018 at 10:00 a.m. |
| Trial Briefs Due | May 21, 2018 | May 21, 2018 |
| Trial | June 4, 2018 | June 4, 2018 at 9:00 a.m. |

1

This amendment does not alter any other portions of the initial scheduling order, which remain in full force and effect.

IT IS SO ORDERED.

DATED: August 8, 2017.

_____
UNITED STATES DISTRICT JUDGE